Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEY FOR PLAINTIFF R.N.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

R.N., by and through his guardian ad litem RYAN NUBLA,

Plaintiff,

v.

VALLEJO CITY UNIFIED SCHOOL DISTRICT, PETER D. CIRELLI, and DOES 1-20,

Defendants.

Case No. 2:26-cv-03009-TLN-CSK

**ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**

Pending before the Court is Plaintiff's Petition for Appointment of Guardian Ad Litem (ECF 3). After careful consideration of the Petition and Declaration in support, the Court GRANTS the Petition. Ryan Nubla is the guardian ad litem for R.N.

It is SO ORDERED on September 8, 2026.

Troy L. Nunley
Chief United States District Judge