Nanjin Ren, Esq., SBN # 363940
The Law Offices of James L. Arrasmith
5150 Sunrise Boulevard, Suite G-1
Fair Oaks, CA 95628
Telephone: (916) 974-9835
E-mail: Wolves@Jlegal.org

Attorneys for Defendant
PETER D. CIRELLI

THE LAW OFFICES OF JAMES L. ARRASMITH
A PROFESSIONAL LAW CORPORATION
5150 Sunrise Boulevard, Suite G-1 Fair Oaks, CA 95628
TELEPHONE: (916) 974-9835 | EMAIL: Wolves@Jlegal.org

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| R.N., by and through his guardian ad litem RYAN NUBLA,<br><br>Plaintiff,<br><br>v.<br><br>VALLEJO CITY UNIFIED SCHOOL DISTRICT, PETER D. CIRELLI, and DOES 1-20,<br><br>Defendants. | Case No. 2:26-cv-03009-TLN-CSK<br><br>**DEFENDANT PETER D. CIRELLI'S NOTICE OF APPEARANCE OF COUNSEL**<br><br>[E.D. Cal. L.R. 182(a)]<br><br>Complaint Filed: September 4, 2026 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Nanjin Ren (SBN 363940) of The Law Offices of James L. Arrasmith hereby appears as counsel of record for Defendant Peter D. Cirelli in the above-captioned action. Counsel is a member in good standing of the State Bar of California and is admitted to practice before this Court.

Counsel requests that all further notices, pleadings, orders, and other papers in this action be directed to the undersigned at the following address:

Nanjin Ren
The Law Offices of James L. Arrasmith, A Professional Law Corporation
5150 Sunrise Boulevard, Suite G-1
Fair Oaks, CA 95628
Telephone: (916) 974-9835
Email: Wolves@jlegal.org

By filing this Notice of Appearance, Defendant Peter D. Cirelli does not waive, and expressly preserves, all defenses and objections available to him, including without limitation all defenses under Federal Rule of Civil Procedure 12(b), including insufficient process and insufficient service of process under Rules 12(b)(4) and 12(b)(5). This Notice does not constitute a waiver of service of the summons under Federal Rule of Civil Procedure 4(d), and counsel is not authorized to, and does not, accept service of the summons and complaint on Defendant's behalf.

Dated: October 7, 2026

THE LAW OFFICES OF JAMES L. ARRASMITH
By: /s/ Nanjin Ren
Nanjin Ren
Attorneys for Defendant
PETER D. CIRELLI

THE LAW OFFICES OF JAMES L. ARRASMITH
A PROFESSIONAL LAW CORPORATION
5150 Sunrise Boulevard, Suite G-1 Fair Oaks, CA 95628
TELEPHONE: (916) 974-9835 | EMAIL: Wolves@Jlegal.org

THE LAW OFFICES OF JAMES L. ARRASMITH
A PROFESSIONAL LAW CORPORATION
5150 Sunrise Boulevard, Suite G-1 Fair Oaks, CA 95628
TELEPHONE: (916) 974-9835 | EMAIL: Wolves@Jlegal.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, I electronically filed the foregoing DEFENDANT PETER D. CIRELLI'S NOTICE OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered with the CM/ECF system, including:

Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
Attorney for Plaintiff R.N.

AMP

Andrea Popp